E-FILED
Thursday, 13 April, 2006 11:55:20 AM
Clerk, U.S. District Court, ILCD

# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.

JASON OMAR CASTRO

**FILED**
APR 1 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-MJ-6022

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about January 27, 2006 in McLean County, in the __Central__ District of __Illinois__ defendant, (Track Statutory Language of Offense)

did by force, violence and intimidation, take from the person and presence of employees of Chase Bank, a financial institition at 413 East Washington, Bloomington, Illinois approximately $10,675.00 in United States currency belonging to, and in the care, custody, control, management, and possession of Chase Bank, an institution the deposits of which were insured by the Federal Deposit Insurance Corporation

in violation of 18 United States Code, Section 2113(a).

I further state that I am a(n) __Special Agent of the Federal Bureau of Investigation__ and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_s/ Agent_
Signature of Complainant
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

April 13, 2006 at Peoria, Illinois
Date                                          City and State

John A. Gorman
United States Magistrate Judge
Name & Title of Judicial Officer

s/John A. Gorman
Signature of Judicial Officer

CENTAL DISTRICT OF ILLINOIS

PEORIA, ILLINOIS

AFFIDAVIT

I, Gregory J. Spencer, being duly sworn do depose and say:

I am employed as a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for sixteen years. My responsibilities include the investigation of bank robberies and the collection of evidence pertaining to those investigations.

The information provided in this affidavit was provided to me by other FBI Agents and police officers and their involvement in this investigation.

I have reason to believe that Jason Omar Castro, black, male, date of birth, ███████ social security account number, ███████ residing at 824 Valley View Circle, Apartment 824, Bloomington, Illinois, has committed a criminal offense in violation of Title 18, United States Code, Section 2113(a), Bank Robbery. The facts to support the issuance of a Criminal Complaint are as follows:

On 01/27/2006, at approximately 11:30 a.m., two males entered the lobby of Chase Bank, 413 East Washington Street, Bloomington, Illinois. Both males wore long, black winter coats, described as "puffy" by witnesses, with hoods pulled up over their heads and tied tightly around their faces. Both men wore scarves over their faces and necks, and wore gloves on their hands. One of the males approached the

1

1  teller counter, produced a small, black semi-automatic
2  handgun, and pointed it at the three tellers working behind
3  the teller counter.  That male shouted "You're getting
4  robbed" and ordered the tellers to raise their hands.  The
5  second male stayed at the rear of the bank lobby, away from
6  the teller counter, and did not speak.
7          The robber without the handgun handed a backpack to
8  a victim teller and instructed all three tellers to empty
9  their drawers into the bag.  The three tellers took money
10 from their drawers, including pre-recorded bait bills and
11 explosive dye packs, and placed it into the bag.  The
12 backpack was handed back to the robber without the gun.  Both
13 robbers then ran from the bank and across East Washington
14 Street to the North, into the parking lot of the Coachman
15 Motel and out of sight of bank employees.  The amount of
16 money taken from the bank by the robbers was $10,675.75.
17         During the subsequent investigation, Bloomington
18 Police Department Detectives contacted a witness who told
19 them that on the day after the bank robbery, Castro was at
20 the witnesses residence, where he bragged to the witness
21 about committing the bank robbery.  Based on the witnesses
22 testimony, police detectives produced a photo lineup
23 containing a photograph of Castro.  This photo lineup was
24 shown to bank employees, who identified Castro as being the
25 person who pointed the gun at them during the robbery.
26         Based on the above investigation, Bloomington
27 Police Detectives obtained a local arrest warrant for Castro
28 for Aggravated Robbery, and a search warrant for Castro's

residence.  Police detectives located and arrested Castro on 02/02/2006, the same day the search warrant was executed upon his residence.  In a voluntary interview subsequent to the arrest, after having been advised of his fifth amendment rights, Castro confessed to robbing the bank.  Castro told detectives that he held the gun during the bank robbery, and gave orders to the bank tellers.  Castro stated to detectives that he did not plan the robbery, but participated in it in order to get enough money to pay his rent.  Castro stated that he did not get any money from the robbery, due to the detonation of the explosive dye packs placed in the backpack by bank tellers.

s/ Agent
Gregory J. Spencer
Special Agent
Federal Bureau of Investigation
Peoria, Illinois

Subscribed and sworn to before me this 13th day of April, 2006.

s/John A. Gorman
John A. Gorman
U.S. Magistrate Judge

3